UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| Sarah Dean, | : |
| | : Civil Action No.: 2:14-cv-00279-LJM-WGH |
| Plaintiff, | : |
| v. | : |
| | : **Acknowledged on November 20, 2014,** LJM. |
| Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Sarah Dean ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 19, 2014

Respectfully submitted,

By /s/ Amy L. Cueller

Amy L. Cueller, Esq., #15052-49
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on November 19, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Amy L. Cueller

              Amy L. Cueller